EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Integración de las Salas de Despacho | 2024 TSPR 136<br><br>215 DPR ___ |

Número del Caso: ES-2024-0002

Fecha: 20 de diciembre de 2024

Materia: Integración de las Salas de Despacho.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:* Integración de las      ES-2024-02
Salas de Despacho

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de diciembre de 2024.

Según lo dispuesto en la Regla 4(b) del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXI-B, se constituyen las siguientes Salas de Despacho para que funcionen mientras el Pleno esté compuesto de siete[1] Juezas y Jueces:

*Primera Sala de Despacho*:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Luis F. Estrella Martínez

*Segunda Sala de Despacho:*

Hon. Rafael L. Martínez Torres, Presidente
Hon. Erick V. Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón
Hon. Ángel Colón Pérez

---

[1] El Juez Asociado señor Edgardo Rivera García cesa en su cargo el 3 de enero de 2025.

De surgir un empate en la votación de la Segunda Sala de Despacho, se designará a otra Jueza u otro Juez de la Primera Sala de Despacho. Tal designación se hará en orden sucesivo de antigüedad.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo